JOSEPH ROMPEL, Respondent, v. PETER SCHUBART, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LENA SPERBER, Respondent, v. DAVID GRANAT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ABRAM P. TYSON, Appellant, v. EDWARD M. WARDER and Others, etc., Individually and . as Copartners, etc., Respondents.— The proceedings before the commissioner before whom the plaintiff was called were not of such a nature as to afford a basis for an action for malicious prosecution. Judgment and order unanimously affirmed, with costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

CATHERINE M. WAGNER, Respondent, v. ORDER OF THE UNITED COMMERCIAL TRAVELERS OF AMERICA, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the finding implied in the verdict of the jury that the death of the insured was not due to (1) intentionally self-inflicted wounds, (2) voluntary exposure to danger, or (3) a violation of any law, was against the weight of the evidence. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

FRED S. BRYANT and EMMA H. BRYANT, Appellants, v. ANNA H. SHAW, Respondent, Impleaded with EDNA B. LEWIS and Others, Defendants.— Motion denied, with ten dollars costs, upon the ground that the decision of the demurrer does not necessarily dispose of the action. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN C. DONOVAN, Appellant, v. JOHN C. MABEN, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

CHARLES KARSH, Respondent, v. WALTER SCHEDLER, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

KELLY ASPHALT BLOCK COMPANY, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY, Appellant.— Plaintiff's motion for reargument denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. [See ante, p. 915.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KAUPAS, Appellant.— Motion denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN HARRY BERK, Appellant, v. KATE D. BERK, Respondent.— Order modified so as to allow no alimony, and only $250 counsel fee, and as modified affirmed, without costs, upon the ground that the weight of the evidence indicates that the defendant wife is possessed of ample means to support herself, and has become, and now is, the owner of practically all the property which the plaintiff husband has accumulated. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.